

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00660-CV

RONALD K. WOODDELL, Appellant

V.

BARBARA WOODDELL, Appellee

Appeal from the County Court at Law No. 3 & Probate Court of Brazoria County.  (Tr. Ct. No. PR35724).

After due consideration, the Court **grants** appellant, Ronald K. Wooddell's, motion to dismiss the appeal.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellant, Ronald K. Wooddell, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 19, 2015.

Per curiam opinion delivered by panel consisting of Justices Higley, Huddle, and Lloyd.